UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| BP Products North America Inc., | |
| Plaintiff, | |
| v. | Case No. 1:17-cv-03243 |
| Joseph Giljum, | Judge Harry D. Leinenweber |
| Defendant. | Magistrate Judge Mary M. Rowland |

**NOTIFICATION AS TO AFFILIATES**

Pursuant to Federal Rule of Civil Procedure 7.1 and Northern District of Illinois Local Rule 3.2, BP Products North America Inc. states as follows:

The immediate parent company of BP Products North America Inc. is The Standard Oil Company. There is no publically held Company that directly owns 5% or more of the stock of BP Products North America Inc.

DATED: May 11, 2017							Respectfully submitted,

								BP PRODUCTS NORTH AMERICA INC.


								By: *s/ Katherine F. Mendez*
								     One of Its Attorneys

Thomas J. Piskorski
tpiskorski@seyfarth.com
Katherine F. Mendez
kmendez@seyfarth.com
Danielle A. Vera
dvera@seyfarth.com

SEYFARTH SHAW LLP
233 South Wacker Drive
Suite 8000
Chicago, Illinois  60606-6448
Telephone:     (312) 460-5000
Facsimile:      (312) 460-7000

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that she caused a true and correct copy of the foregoing Notice of Affiliates to be served upon the following:

>Zachary Jackson
>Peter Steinmeyer
>Epstein Becker & Green
>227 West Monroe Street #3250
>Chicago, IL 60606

by depositing a copy of same in the U.S. mail located at 233 S. Wacker Drive, Suite 8000, Chicago, Illinois 60606, on this 11th day of May, 2017.

>>___/s/ *Katherine F. Mendez* __
>>Katherine F. Mendez